No. 772.   New York Trust Co., Trustee, et al. *v.* Securities & Exchange Commission et al.   May 10, 1943.   318 U. S. 786.

No. 737.   Lukens *v.* Ohio.   May 10, 1943.   318 U. S. 789.

No. 754.   Reece *v.* Ebersbach et al.   May 10, 1943. 318 U. S. 784.

No. 809.   Anderson *v.* United States.   May 10, 1943. 318 U. S. 790.

No. 810.   Anderson et ux. *v.* United States.   May 10, 1943.   318 U. S. 790.

No. 819.   Franklinville Realty Co. *v.* Arnold Construction Co.   May 10, 1943.   318 U. S. 791.

Nos. 34, 35, and 36.   Chicago & North Western Railway Co. *v.* Mutual Savings Bank Group Committee et al.;
Nos. 37 and 38.   Susman et al., Convertible Bond Owners, *v.* Mutual Savings Bank Group Committee et al.; and
Nos. 62, 63, and 64.   Irving Trust Co., Successor Trustee, *v.* Mutual Savings Bank Group Committee et al.   May 17, 1943.   The petitions for rehearing are denied.   Mr. Justice Rutledge took no part in the consideration or decision of these applications.   318 U. S. 793.